

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2014

No. 04-14-00633-CR

Ex Parte Fernando Paramo **HERNANDEZ**,
Appellant

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1274
The Honorable Andrew Wyatt Carruthers, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to December 1, 2014. **No further extensions will be granted.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court